FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 2 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> vs. <br><br> COURTNEY GENE WHITNEY, <br><br> Defendant. | 2:14-CR-133-LRS-2 <br><br> Order Granting Motion to Dismiss Indictment |

Upon motion by Plaintiff, the United States of America, to dismiss the indictment against COURTNEY GENE WHITNEY,

IT IS HEREBY ORDERED that the Indictment is dismissed against COURTNEY GENE WHITNEY.

DATED this 22nd day of September 2015.

_____
Lonny R. Suko
United States District Court Judge

Order Granting Motion to Dismiss Indictment - 1